```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 05615
   WILLIAM L STARR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-5004

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/10/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                          PAID             PAID
-----------------------------------------------------------------------

       Summary of disbursements:
-----------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00           .00            .00
PRINCIPAL PAID        .00         .00          .00           .00            .00
INTEREST PAID         .00         .00          .00           .00            .00
TOTAL PAID            .00         .00          .00           .00            .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




   Dated: 09/10/08             /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 05615 WILLIAM L STARR
```